SMV
WWDA   KSW

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. '21 MJ3543 |
| Plaintiff, | ) ) | |
| | ) | **COMPLAINT FOR VIOLATION OF:** |
| v. | ) ) | |
| | ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) |
| Jonathan HEREDIA, | ) | Bringing in Unlawful Alien(s) |
| | ) | Without Presentation |
| Defendant. | ) ) | |

The undersigned complainant, being duly sworn, states:

On or about August 25, 2021, within the Southern District of California, Defendant, Jonathan HEREDIA, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, S▮▮ P▮▮-R▮▮ had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of August 2021.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

Case 3:21-mj-03543-BGS   Document 1   Filed 08/26/21   PageID.2   Page 2 of 2

## PROBABLE CAUSE STATEMENT

The complainant states that S████ P████-R████ is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 25, 2021, at approximately 11:45 P.M., Jonathan HEREDIA (Defendant), a United States citizen, entered the United States from Mexico through the San Ysidro, California Port of Entry as the driver of a Mercedes 300 D, bearing California license plates. A United States Customs and Border Protection (CBP) Officer, conducting pre-primary roving operations, made contact with Defendant and upon inspection, Defendant stated he was going to San Ysidro, California with nothing to declare. During the officer's inspection one person was found concealed in a non-factory compartment behind the rear seat. Defendant was secured and escorted to secondary inspection along with the vehicle.

In secondary, inspection of the vehicle revealed a lone male concealed within a non-factory rear seat compartment. CBP Officers responded and extracted the lone male from the compartment. The person found within was later identified as, S████ P████-R████ (Material Witness), a citizen and national of Mexico with no entitlements to enter, reside or pass through the United States, and is now held as a Material Witness.

During a video recorded interview, the Material Witness admitted he is a citizen of Mexico without documents to enter the United States. The Material Witness said he was going to pay $12,000.00 to be smuggled into the United States and was going to Los Angeles, California to seek work and residence.